00564-65419(ROB)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

J.E. CAMPBELL, INC.,

    Plaintiff,

V.                      No. 3:09-cv-00113

TRAVELERS CASUALTY AND
SURETY COMPANY,

    Defendant.

## JOINT MOTION FOR
## EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND
## FOR EXTENSION OF TIME TO HOLD INITIAL CASE MANAGEMENT CONFERENCE

*[Handwritten annotations on right margin, including date "6-15-09"]*

The parties jointly move this Court for an extension of time in which to respond to Plaintiff's Complaint and for an extension of time to hold the Initial Case Management Conference. As grounds for this Motion, counsel would state to the Court that the parties have reached a tentative settlement of the remaining matters in dispute and respectively request additional time to conclude the matter. Further, in the event that the matter does not conclude within the next sixty (60) days, the parties request that the Initial Case Management Conference be reset for Monday August 17, 2009, at 2:00 p.m.

For the reasons set out above, the parties jointly respectfully request that the Initial Case Management Conference be rescheduled to Monday, August 17, 2009, at 2:00 p.m., and that Travelers' time to file a responsive pleading be extended to Friday, August 14, 2009.

                              Respectfully submitted,